IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EWA SEWSUNKER                                                                                  PLAINTIFF

V.                                                                                    NO. 3:17CV00119-JMV

NANCY BERRYHILL
*Commissioner of Social Security*                                                         DEFENDANT

## ORDER ON PETITION FOR ATTORNEY FEES

Before the court are Plaintiff's motion [20] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response [21]. For the reasons set out below, the motion will be granted.

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [19] dated June 28, 2018, this court reversed and remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney fees in the amount of $4,819.21 for attorney work before this court on the ground that Plaintiff was the prevailing party. Defendant indicates she does not oppose the requested award.

The court, having thoroughly considered the motion, the response, and the applicable law, finds the requested award is reasonable, and no special circumstance would make the award unjust. Nevertheless, the court finds the award should be made payable to Plaintiff, not her counsel. *See generally* A*strue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521 (2010).

**THEREFORE, IT IS ORDERED**:

That the Acting Commissioner shall promptly pay to Plaintiff $4,819.21 in attorney fees for the benefit of her counsel.

This 3rd day of October, 2018.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE